**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| UMBRA TECHNOLOGIES LTD. (UK), & UMBRA TECHNOLOGIES (US) INC., dba UMBRA TECHNOLOGIES, <br><br> *Plaintiffs,* <br><br> v. <br><br> PALO ALTO NETWORKS, INC., <br><br> *Defendant.* | C.A. No. 2:25-cv-00635-JRG-RSP |

**UNOPPOSED MOTION TO WITHDRAW**
**PLAINTIFFS' MOTION TO AMEND PROTECTIVE RODER**

Plaintiffs UMBRA Technologies Ltd. (UK) and UMBRA Technologies (US) Inc. (together, "UMBRA" or "Plaintiffs") respectfully move the Court to withdraw UMBRA's pending motion to amend protective order (Dkt. No. 60). The motion has been rendered moot. UMBRA has conferred with counsel for Defendant and this motion is unopposed.

Dated: June 1, 2026                              DEVLIN LAW FIRM LLC


                                                 */s/ James M. Lennon*
                                                 Timothy Devlin (DE No. 4241)
                                                 tdevlin@devlinlawfirm.com
                                                 James M. Lennon (DE No. 4570)
                                                 jlennon@devlinlawfirm.com
                                                 Clifford Chad Henson (TX Bar No. 24087711)
                                                 chenson@devlinlawfirm.com
                                                 Patrick R. Delaney (DC Bar No. 472266)
                                                 pdelaney@devlinlawfirm.com
                                                 Joel W. Glazer (DE No. 6663)
                                                 jglazer@devlinlawfirm.com
                                                 **DEVLIN LAW FIRM LLC**
                                                 1526 Gilpin Avenue
                                                 Wilmington, DE 19806
                                                 Tel: (302) 449-9010

                                                 *Attorneys for Plaintiffs*
                                                 *UMBRA Technologies Ltd. (UK), &*
                                                 *UMBRA Technologies (US) Inc.,*
                                                 *dba UMBRA Technologies*

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel for Plaintiff met and conferred with counsel for Defendant on June 1, 2026, and counsel for Defendant indicated that they do not oppose this motion.

*/s/ James M. Lennon*
James M. Lennon

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ James M. Lennon*
James M. Lennon