**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

UMBRA TECHNOLOGIES LTD. (UK), &
UMBRA TECHNOLOGIES (US) INC., dba
UMBRA TECHNOLOGIES,

   *Plaintiffs,*

  v.

PALO ALTO NETWORKS, INC.,

   *Defendant.*

C.A. No. 2:25-cv-00635-JRG-RSP

**JOINT MOTION TO AMEND THE PROTECTIVE ORDER**

Plaintiffs UMBRA Technologies Ltd. (UK) and UMBRA Technologies (US) Inc. (together, "UMBRA" or "Plaintiffs"), Defendant Palo Alto Networks, Inc. ("PAN"), and Defendant Fortinet, Inc. ("Fortinet") respectfully move to amend the Agreed Protective Order (Dkt. No. 39) entered October 30, 2025 ("10/30/25 Protective Order"), by adopting the [Proposed] Modified Protective Order, which is attached here as both (a) a redline comparison of the proposed modification to the 10/30/25 Protective Order (Ex. 1), and (b) a clean version of the proposed modification (Ex. 2).

1

Dated: June 2, 2026

/s/ James M. Lennon
Timothy Devlin (DE No. 4241)
tdevlin@devlinlawfirm.com
James M. Lennon (DE No. 4570)
jlennon@devlinlawfirm.com
Patrick R. Delaney (DC Bar No. 472266)
pdelaney@devlinlawfirm.com
Joel W. Glazer (DE No. 6663)
jglazer@devlinlawfirm.com
**DEVLIN LAW FIRM LLC**
1526 Gilpin Avenue
Wilmington, DE 19806
Tel: (302) 449-9010

*Attorneys for Plaintiffs*
*UMBRA Technologies Ltd. (UK), &*
*UMBRA Technologies (US) Inc.,*
*dba UMBRA Technologies*

/s/ Kelsey Roberts Kingman
Melissa R. Smith (TBN 24001351)
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP303
South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Timothy Saulsbury
TSaulsbury@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Kelsey Roberts Kingman (*pro hac vice*)
krobertskingman@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

Kyle Mooney (*pro hac vice*)
KMooney@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601, USA
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for Defendant*
*Palo Alto Networks, Inc.*

/s/ David C. Dotson
Matthew C. Gaudet
mcgaudet@duanemorris.com
David C. Dotson
dcdotson@duanemorris.com
Alice E. Snedeker
aesnedeker@duanemorris.com
DUANE MORRIS LLP
1075 Peachtree Street, N.E., Suite 1700

1

Atlanta, Georgia 30309-3929
Telephone: 404.253.6900
Facsimile: 404.253.6901

Brianna Vinci
bvinci@duanemorris.com
DUANE MORRIS LLP 30 S.
17th Street Philadelphia, PA 19103
Telephone: 215.979.1198
Facsimile: 215.754.4983

*Counsel for Defendant Fortinet, Inc.*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Plaintiffs met and conferred with counsel for Defendants in accordance with Local Rule CV-7(h). Counsel for Defendants have indicated Defendants do not oppose the substantive relief sought in this Motion.

*/s/ James M. Lennon*
James M. Lennon

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

*/s/ James M. Lennon*
James M. Lennon